E-FILED
Thursday, 20 February, 2020  10:44:46 AM
Clerk, U.S. District Court, ILCD

FILED

FEB 1 9 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

UNITED STATES OF AMERICA,      )
)
              Plaintiff,     )
      v.               )     Criminal No. 20-*10018*
)     VIO: Title 18, United States
)     Code, Sections 1349, 1341,
)     1343, and 1028.
JASMINE BRADLEY,       )
)
           Defendant.    )

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Conspiracy to Commit Mail Fraud and Wire Fraud)

1.    Starting in or about April 2018 and continuing to in or about June 2019, in the Central District of Illinois and elsewhere,

### JASMINE BRADLEY

defendant herein, and other unnamed co-conspirators, did knowingly combine, conspire, and agree, together to commit against the United States the following offenses:

      a.  Knowingly executing and attempting to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and

1

promises, and in furtherance of the scheme, causing mail matter to be delivered by United States mail, according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

b. Knowingly executing and attempting to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and in furtherance of the scheme, causing the transmission of any writing, signal, and sound of some kind by means of a wire, radio, and television communication in interstate commerce, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS OF THE CONSPIRACY AND THE SCHEME AND ARTIFICE TO DEFRAUD

The manner and means by which the defendant and co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

2.       The defendant and co-conspirators fraudulently obtained victims' credit card information. The defendant and co-conspirators then made contact with these credit card companies in order to have victims' credit cards mailed to addresses under their control.

3.       The defendant and co-conspirators stole telephone numbers of victims in order to disguise the fraudulent mailing of credit cards to addresses

2

under their control when contacting the credit card companies and the United States Postal Service.

4.     The defendant and co-conspirators, after obtaining these credit cards, purchased prepaid debit cards in order to conceal their identity and used these debit cards to buy merchandise and pay bills.

5.     Using this scheme, the defendant and co-conspirators defrauded victims of approximately $131,385.68.

6.     The defendant and co-conspirators concealed, misrepresented, and hid the existence and purpose of the scheme and the acts done in furtherance of the scheme.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO AND THREE
### (Mail Fraud)

1.     The allegations in paragraphs 1 through 6 of Count One of this Indictment are incorporated herein.

2.     On or about the below-listed dates, in the Central District of Illinois and elsewhere,

### JASMINE BRADLEY,

defendant, herein, for the purposes of executing and attempting to execute the above-described scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and in attempting to do so,

3

did knowingly cause certain mail matter to be forwarded to the address of the

defendants in order to conceal and continue the fraud through the use of the

United States Postal Services Change of Address and Premium Forwarding

Services on the following dates, each date constituting a separate count:

| | | |
|---|---|---|
| 2 | 12/26/2018 | Forwarding of K.K.'s Mail via U.S. Mail Label # 42032822685393055699955000165580537 from Address A in Galesburg, IL to 6044 Bent Pine Dr. Apt. #3339, Orlando, FL 32822. |
| 3 | 1/2/2019 | Forwarding of K.K.'s Mail via U.S. Mail Label # 42032822685393055699955000165786304 from Address A in Galesburg, IL to 6044 Bent Pine Dr. Apt. #3339, Orlando, FL 32822. |

In violation of Title 18, United States Code, Section 1341.

## COUNTS FOUR - TEN
### (Wire Fraud)

1.      The allegations in paragraphs 1 through 6 of Count One of this

Indictment are incorporated herein.

2.      On or about the below-listed dates, in the Central District of Illinois

and elsewhere,

**JASMINE BRADLEY,**

defendant, herein, for the purposes of executing and attempting to execute the

above-described scheme and artifice, the defendant did, for the purpose of

executing such scheme and artifice, transmit and cause to be transmitted, by

means of wire communication in interstate and foreign commerce, a writing,

sign, signal and sound described below for each count, each transmission

constituting a separate count:

| Counts | Date | Time | Duration in Seconds | Details |
|---|---|---|---|---|
| 4 | 12/27/2018 | 14:26:00 | 106 | Telephone call from (309) 371-7300 to Galesburg Post office at telephone number (309) 342-6166. |
| 5 | 12/27/2018 | 19:20:41 | 40 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |
| 6 | 1/3/2019 | 11:41:43 | 41 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |
| 7 | 1/3/2019 | 11:45:03 | 212 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |
| 8 | 1/3/2019 | 16:41:53 | 40 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |
| 9 | 1/3/2019 | 16:45:03 | 211 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |
| 10 | 1/10/2019 | 17:10:07 | 64 | Telephone call from Galesburg Post Office (309) 342-6166 to (309) 371-7300. |

In violation of Title 18, United States Code, Section 1343.

## COUNT ELEVEN
### (Aggravated Identity Theft)

1.      The allegations in paragraphs 1 through 6 of Count One of this

Indictment are incorporated herein.

2.      On or about the above-listed dates, in the Central District of Illinois

and elsewhere,

**JASMINE BRADLEY**,

defendant herein, did, without lawful authority, knowingly transfer, possess,

and use a means of identification of another person, that being an individual

identified herein as K.K., during and in relation to a felony violation enumerated

in Title 18, United States Code, Section 1341 as alleged in Count 2, which Count

is incorporated herein by reference;

All in violation of Title 18, United States Code, Sections 1028(A)(a)(1).

## COUNT TWELVE
### (Aggravated Identity Theft)

1.      The allegations in paragraphs 1 through 6 of Count One of this

Indictment are incorporated herein.

2.      On or about the above-listed dates, in the Central District of Illinois

and elsewhere,

**JASMINE BRADLEY**,

defendant herein, did, without lawful authority, knowingly transfer, possess,

and use a means of identification of another person, that being an individual

identified herein as K.K., during and in relation to a felony violation enumerated

in Title 18, United States Code, Section 1343 as alleged in Count 4, which Count

is incorporated herein by reference;

All in violation of Title 18, United States Code, Sections 1028(A)(a)(1).

A TRUE BILL,

s/Foreperson

**FOREPERSON**

s/Paul B Morris

**JOHN C. MILHISER**
UNITED STATES ATTORNEY
PBM

7